UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-04995 GHK (RZ) | Date | September 29, 2008 |
|---|---|---|---|
| Title | ALFREDA CHRISTIAN v. COUNTY OF LOS ANGELES | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     (IN CHAMBERS)
                    ORDER –
                    1.  **TO SHOW CAUSE RE *ROOKER/FELDMAN* DOCTRINE;** and
                    2.  **STAYING ACTION**

Plaintiff alleges that Defendant wrongfully terminated her in 2006 after she endured years of racial and sexual discrimination, sexual harassment and other wrongs. Attachments to Plaintiff's complaint indicate that she already is embroiled in state-court litigation encompassing the same or very similar claims. *See* Ex. 5 to Comp. (Case Management Statement in *Christian v. California*, Los Angeles County Superior Court case number BC369062).

Accordingly, the Court ORDERS Plaintiff to show cause in writing, by no later than 30 days from the filing date of this Order, why this action should not be dismissed without prejudice pursuant to what is commonly known as the *Rooker-Feldman* doctrine, *see District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 486-87 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923); *see also Johnson v. De Grandy*, 512 U.S. 997, 1005-06 (1994); *Branson v. Nott*, 62 F.3d 287, 291 (9th Cir. 1995), or pursuant to *Younger* abstention. *See Younger v. Harris*, 401 U.S. 37 (1971); *San Remo Hotel v. City & County of San Francisco*, 145 F.3d 1095, 1103 (9th Cir. 1998) (*Younger* abstention proper when federal action implicates state proceedings that (1) are ongoing, (2) implicate important state interests, and (3) provide the plaintiff with adequate opportunity to litigate federal claims). *Plaintiff shall serve a copy of this Order on all Defendants in conjunction with service of process* (or, if process already has been served, forthwith thereafter).

Pending resolution of this Order To Show Cause, the Court STAYS this action. No Defendant served with process need file any first paper until the stay is vacated.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | igb |