O

E-Filed: 1/5/2009

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDA CHRISTIAN, ) | CASE NO. CV 08-04995 GHK (RZ) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ACCEPTING AND |
| vs. ) | ADOPTING REPORT AND |
| ) | RECOMMENDATION OF UNITED |
| COUNTY OF LOS ANGELES, ) | STATES MAGISTRATE JUDGE |
| ) | |
| Defendants. ) | |
| ) | |

    The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED:  1/5/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE