O

E-Filed: 1/5/09-JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDA CHRISTIAN, | CASE NO. CV 08-04995 GHK (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| COUNTY OF LOS ANGELES, | |
| Defendants. | |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 1/5/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE